**768**

STATE of Missouri, Respondent,

v.

Joe S. WOHLGEMUTH, Appellant.

Joe S. WOHLGEMUTH, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 43373, WD 46509.

Missouri Court of Appeals,
Western District.

June 29, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 27, 1993.

Application to Transfer Denied
Sept. 28, 1993.

Susan L. Hogan, Appellate Defender,
Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., E.
Martin Dajani, Asst. Atty. Gen., Jefferson
City, for respondent.

Before LOWENSTEIN, C.J., and
TURNAGE and KENNEDY, JJ.

**ORDER**

PER CURIAM:

Appeal from judgment of conviction for
assault in the first degree § 565.050, RSMo
1986, and sentence of life imprisonment
and armed criminal action, § 571.015,
RSMo 1986, and sentence of life imprison-
ment with sentences to run concurrently.

Appeal from judgment denying relief un-
der Rule 29.15.

Judgments affirmed.   Rules 84.16(b) and
30.25(b).